# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TEKITA BRYANT, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LOEWS CHICAGO HOTEL, INC., LOEWS CORPORATION, LOEWS COH OPERATING COMPANY, LLC and ADP LLC, <br><br> Defendants. | Case No. 1:19-cv-3195 <br><br> Hon. Charles R. Norgle, Sr. <br> Magistrate Judge Jeffrey T. Gilbert |

## LOEWS CHICAGO HOTEL, INC., LOEWS CORPORATION, AND LOEWS COH OPERATING COMPANY, LLC'S MOTION TO DISMISS OR ALTERNATIVELY STRIKE CLASS ALLEGATIONS

Defendants Loews Chicago Hotel, Inc., Loews Corporation, and Loews COH Operating Company, LLC, hereby move to dismiss Plaintiff's First Amended Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6), or alternatively to strike the class allegations pursuant to Fed. R. Civ. P. 23. Support for this Motion is found in the accompanying Memorandum of Law.

Dated: May 24, 2019

LOEWS CHICAGO HOTEL, INC., LOEWS CORPORATION, and LOEWS COH OPERATING COMPANY, LLC

By: /s/Bonnie Keane DelGobbo

Bonnie Keane DelGobbo (bdelgobbo@bakerlaw.com)
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606-2841
Telephone: (312) 416-6200
Facsimile: (312) 416-6201

2

Joel Griswold (jcgriswold@bakerlaw.com)
**BAKER & HOSTETLER LLP**
SunTrust Center
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801-3432
Telephone: (407) 649-4088

*Counsel for Defendants Loews Chicago Hotel, Inc., Loews Corporation, and Loews COH Operating Company, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on May 24, 2019 she filed and served the foregoing document via the Court's CM/ECF system, which will send notice of the filing to all counsel of record. Parties may access the filing through the Court's CM/ECF system.

/s/Bonnie Keane DelGobbo