# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Tekita Bryant

                                        Plaintiff,

v.                                                          Case No.: 1:19–cv–03195
                                                            Honorable Charles R. Norgle Sr.

Loews Chicago Hotel, Inc., et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 14, 2019:

     MINUTE entry before the Honorable Charles R. Norgle: Motion to remand [24] is withdrawn. Status hearing held on 8/14/2019. Plaintiff's response to Defendants' Motions to Dismiss [13],[19] is due on or before 9/13/2019. Defendants#039; replies are due on or before 9/27/2019. Status hearing is continued to 10/25/2019 at 10:00 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.