IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEKITA BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOEWS CHICAGO HOTEL, INC., LOEWS CORPORATION, LOEWS COH OPERATING COMPANY, LLC,<br><br>Defendants. | Case No. 1:19-cv-03195<br><br>Hon. Charles R. Norgle, Sr. |

## ORDER GRANTING APPROVAL OF ATTORNEYS' FEES, COSTS, AND SERVICE PAYMENT TO THE CLASS REPRESENTATIVE

On October 30, 2020, the Court heard Class Counsel's Amended Unopposed Petition for Approval of Attorneys' Fees and Service Payment to the Class Representative (the "Fee Petition"). The Court has considered the Fee Petition and other related materials submitted by Plaintiff, as well as Plaintiff's presentation at the Final Approval Hearing, and otherwise being fully informed on the premises, hereby finds and orders as follows:

1. Class Counsel are awarded $345,120.03 in attorneys' fees.

2. Class Counsel are awarded $12,435.83 in litigation costs.

3. Rust Consulting are awarded $12,635.00 in settlement administration expenses.

4. The Court finds that Named Plaintiff and Class Representative Tekita Bryant, in prosecuting the case on behalf of the Class, made a substantial contribution to its outcome, and is therefore deserving of a service payment in recognition of her efforts. A Service Payment in the amount of $10,000.00 is therefore awarded to the Class Representative, in addition to any share of the settlement fund to which she is entitled.

*19 CV 03195*

5. The foregoing awards shall be paid from the Settlement Fund of $1,036,396.48.

IT IS SO ORDERED.

Date: \_\_\_\_\_10/30\_\_\_\_\_, 2020

_____
Hon. Charles R. Norgle, Sr.
United States District Court Judge

2